

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20115 CR-COOKE

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(o)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853

MAGISTRATE JUDGE
TURNOFF

FILED by ___ D.C.

FEB 21 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

TONIA ELISA NELSON,
        a/k/a "T Hound,"
        a/k/a "T,"
        a/k/a "Donna's Girl,"
JACOB NELSON,
        a/k/a "Zo,"
GUY D. BAILEY,
DONNA SHUNGIE CURINGTON,
        a/k/a "Donna Nelson,"
ANTHONY RAENARD MARTIN,
        a/k/a "Ant,"
FRANK CARTER,
KEDRICK PETER GUTTER,
OKENIO EVERTON JULIUS,
        a/k/a "Keno,"
CEDRIC LEVON WILLIAMS,
        a/k/a "Ced,"
VARDON ALONZO HADLEY,
        a/k/a "Gummy,"
REGINALD JACKSON,
        a/k/a "Reggie,"
        a/k/a "Reg,"
SOLOMON DAVIS, II,
        a/k/a "David Solomon,"
        a/k/a "Los,"
THERESA LASHANDE MCCLOVER,
RODNEY EVEGIN JONES,
        a/k/a "Rod,"
and
VINCENT SHAWANE EVANS,
        a/k/a "V,"

                Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or around May 2009, the exact date being unknown to the Grand Jury, and continuing through on or about June 2, 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**TONIA ELISA NELSON,**
a/k/a "T Hound,"
a/k/a "T,"
a/k/a "Donna's Girl,"
**JACOB NELSON,**
a/k/a "Zo,"
**GUY D. BAILEY,**
**DONNA SHUNGIE CURINGTON,**
a/k/a "Donna Nelson,"
**ANTHONY RAENARD MARTIN,**
a/k/a "Ant,"
**FRANK CARTER,**
**KEDRICK PETER GUTTER,**
**OKENIO EVERTON JULIUS,**
a/k/a "Keno,"
**CEDRIC LEVON WILLIAMS,**
a/k/a "Ced,"
**VARDON ALONZO HADLEY,**
a/k/a "Gummy,"
**REGINALD JACKSON,**
a/k/a "Reggie,"
a/k/a "Reg,"
**SOLOMON DAVIS, II,**
a/k/a "David Solomon,"
a/k/a "Los,"
**THERESA LASHANDE MCCLOVER,**
**RODNEY EVEGIN JONES,**
a/k/a "Rod,"
**and**
**VINCENT SHAWANE EVANS,**
a/k/a "V,"

2

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; and

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii), it is further alleged that this violation involved two hundred eight (280) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 2

On or about March 27, 2010, and continuing through on or about May 31, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
a/k/a "T Hound,"
a/k/a "T,"
a/k/a "Donna's Girl,"
**DONNA SHUNGIE CURINGTON,**
a/k/a "Donna Nelson,"
**OKENIO EVERTON JULIUS,**
a/k/a "Keno,"
**CEDRIC LEVON WILLIAMS,**
a/k/a "Ced,"
and
**THERESA LASHANDE MCCLOVER,**

3

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to possess a firearm in furtherance of a drug trafficking crime, which is a felony prosecutable in a court of the United States, specifically, violations of Title 21, United States Code, Sections 846 and 841, as set forth in Counts 1 and 46 of this Indictment, in violation of Title 18, United States Code, Section 924(c); all in violation of Title 18, United States Code, Section 924(o).

## COUNT 3

On or about March 31, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**JACOB NELSON,**
**a/k/a "Zo,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about April 1, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

4

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**JACOB NELSON,**
**a/k/a "Zo,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

On or about April 5, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**JACOB NELSON,**
**a/k/a "Zo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

On or about April 6, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**JACOB NELSON,**
**a/k/a "Zo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 7

On or about April 12, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**JACOB NELSON,**
**a/k/a "Zo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 8

On or about March 24, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
a/k/a "T Hound,"
a/k/a "T,"
a/k/a "Donna's Girl,"
**and**
**GUY D. BAILEY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 9

On or about May 11, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
a/k/a "T Hound,"
a/k/a "T,"
a/k/a "Donna's Girl,"
**and**
**DONNA SHUNGIE CURINGTON,**
a/k/a "Donna Nelson,"

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States

Code, Section 846 and Title 18, United States Code, Section 2.

7

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 10

On or about May 30, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

### GUY D. BAILEY,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 11

On or about April 1, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

### TONIA ELISA NELSON,
a/k/a "T Hound,"
a/k/a "T,"
a/k/a "Donna's Girl,"
and
### DONNA SHUNGIE CURINGTON,
a/k/a "Donna Nelson,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 12

On or about April 12, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**ANTHONY RAENARD MARTIN,**
**a/k/a "Ant,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 13

On or about April 12, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**ANTHONY RAENARD MARTIN,**
**a/k/a "Ant,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 14

On or about April 14, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**ANTHONY RAENARD MARTIN,**
**a/k/a "Ant,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 15

On or about May 6, 2009, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**FRANK CARTER,**
**and**
**KEDRICK PETER GUTTER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base,

commonly known as "crack."

## COUNT 16

On or about May 28, 2009, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**FRANK CARTER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine; and

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that

this violation involved  twenty-eight (28) grams or more of a mixture and substance containing a

detectable amount of cocaine base, commonly known as "crack."

## COUNT 17

On or about June 17, 2009, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**FRANK CARTER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 18

On or about March 22, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**KEDRICK PETER GUTTER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 19

On or about March 23, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**KEDRICK PETER GUTTER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

12

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 20

On or about March 29, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**KEDRICK PETER GUTTER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 21

On or about March 28, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**OKENIO EVERTON JULIUS,**
**a/k/a "Keno,"**

13

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

### COUNT 22

On or about April 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**OKENIO EVERTON JULIUS,**
**a/k/a "Keno,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

14

## COUNT 23

On or about May 17, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**OKENIO EVERTON JULIUS,**
**a/k/a "Keno,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 24

On or about May 29, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**OKENIO EVERTON JULIUS,**
**a/k/a "Keno,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

15

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 25

On or about April 6, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**CEDRIC LEVON WILLIAMS,**
**a/k/a "Ced,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 26

On or about April 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**CEDRIC LEVON WILLIAMS,**
**a/k/a "Ced,"**

16

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 27

On or about May 5, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**CEDRIC LEVON WILLIAMS,**
**a/k/a "Ced,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 28

On or about May 8, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**CEDRIC LEVON WILLIAMS,**
**a/k/a "Ced,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 29

On or about March 30, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**VARDON ALONZO HADLEY,**
**a/k/a "Gummy,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

18

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

### COUNT 30

On or about March 30, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**VARDON ALONZO HADLEY,**
**a/k/a "Gummy,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

### COUNT 31

On or about May 31, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**VARDON ALONZO HADLEY,**
**a/k/a "Gummy,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

### COUNT 32

On or about May 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**REGINALD JACKSON,**
**a/k/a "Reggie,"**
**a/k/a "Reg,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 33

On or about June 2, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**REGINALD JACKSON,**
**a/k/a "Reggie,"**
**a/k/a "Reg,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 34

On or about June 2, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**SOLOMON DAVIS, II,**
**a/k/a "David Solomon,"**
**a/k/a "Los,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

21

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

**COUNT 35**

On or about June 2, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SOLOMON DAVIS, II,**
**a/k/a "David Solomon,"**
**a/k/a "Los,"**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

**COUNT 36**

On or about May 25, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**OKENIO EVERTON JULIUS,**
**a/k/a "Keno,"**
**and**
**THERESA LASHANDE MCCLOVER,**

22

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 37

On or about May 26, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**OKENIO EVERTON JULIUS,**
**a/k/a "Keno,"**
**and**
**THERESA LASHANDE MCCLOVER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 38

On or about May 27, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
a/k/a "T Hound,"
a/k/a "T,"
a/k/a "Donna's Girl,"
**and**
**THERESA LASHANDE MCCLOVER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 39

On or about April 7, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
a/k/a "T Hound,"
a/k/a "T,"
a/k/a "Donna's Girl,"
**and**
**RODNEY EVEGIN JONES,**
a/k/a "Rod,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

24

## COUNT 40

On or about April 9, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**RODNEY EVEGIN JONES,**
**a/k/a "Rod,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base,

commonly known as "crack."

## COUNT 41

On or about April 9, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**RODNEY EVEGIN JONES,**
**a/k/a "Rod,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

### COUNT 42

On or about April 13, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**RODNEY EVEGIN JONES,**
**a/k/a "Rod,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

### COUNT 43

On or about April 15, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**VINCENT SHAWANE EVANS,**
**a/k/a "V,"**

26

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 44

On or about April 16, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**VINCENT SHAWANE EVANS,**
**a/k/a "V,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine; and

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 45

On or about April 17, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**VINCENT SHAWANE EVANS,**
**a/k/a "V,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 46

On or about May 18, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**and**
**DONNA SHUNGIE CURINGTON,**
**a/k/a "Donna Nelson,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine; and

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack."

## COUNT 47

On or about May 18, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**DONNA SHUNGIE CURINGTON,**
**a/k/a "Donna Nelson,"**
**OKENIO EVERTON JULIUS,**
**a/k/a "Keno,"**
**CEDRIC LEVON WILLIAMS,**
**a/k/a "Ced,"**
**and**
**THERESA LASHANDE MCCLOVER,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, which is a felony prosecutable in a court of the United States, specifically, violations of Title 21, United States Code, Sections 846 and 841, as set forth in Counts 1 and 46 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), and Title 18, United States Code, Section 2.

## COUNT 48

On or about May 18, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition is:

(a) one (1) Keltec .380 caliber firearm (serial # JDK55);

(b) one (1) Taurus PT 140 Pro, .40 caliber firearm (serial # SAT64570);

(c) three (3) Fiocchi USA .380 cal rounds;

(d) two (2) WIN .380 cal Winchester rounds;

(e) six (6) NCCIR .380 cal rounds;

(f) one (1) .40 cal SPEER 40 S&W round;

(g) fifty (50) .40 cal S&W WOLF rounds;

(h) thirty-four (34) .357 Magnum Mac Tech rounds;

(i) thirty (30) .380 cal Fiocchi USA rounds;

(j) twenty (20) NCCIR .380 cal rounds; and

(k) twenty-seven (27) PMC .9 mm Luger rounds.

<u>**COUNT 49**</u>

On or about May 18, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**DONNA SHUNGIE CURINGTON,**
**a/k/a "Donna Nelson,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one

year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign

commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition is:

(a) one (1) Keltec .380 caliber firearm (serial # JDK55);

(b) one (1) Taurus PT 140 Pro, .40 caliber firearm (serial # SAT64570);

(c) three (3)  Fiocchi USA  .380 cal rounds;

(d) two (2) WIN .380 cal Winchester rounds;

(e) six (6) NCCIR .380 cal rounds;

(f) one (1) .40 cal SPEER 40 S&W round;

(g) fifty (50) .40 cal S&W WOLF rounds;

(h) thirty-four (34) .357 Magnum Mac Tech rounds;

(i) thirty (30) .380 cal Fiocchi USA rounds;

(j) twenty (20) NCCIR .380 cal rounds; and

(k) twenty-seven (27) PMC .9 mm Luger rounds.

## COUNT 50

On or about June 1, 2010, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### THERESA LASHANDE MCCLOVER,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one

year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in

violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the ammunition is:

(a) forty (40) .380 Armscor Precision .380 Auto rounds;

(b) twelve (12)  9mm R-P Luger rounds; and

(c) four (4) 9mm R-P Luger +P rounds.

## FORFEITURE ALLEGATIONS

1.      The allegations in Counts 1 through 50 of this Indictment are re-alleged and by this

reference fully incorporated herein for the purpose of alleging forfeiture to the United States of

America of certain property in which the defendants,

**TONIA ELISA NELSON,**
**a/k/a "T Hound,"**
**a/k/a "T,"**
**a/k/a "Donna's Girl,"**
**JACOB NELSON,**
**a/k/a "Zo,"**
**GUY D. BAILEY,**
**DONNA SHUNGIE CURINGTON,**
**a/k/a "Donna Nelson,"**
**ANTHONY RAENARD MARTIN,**
**a/k/a "Ant,"**
**FRANK CARTER,**
**KEDRICK PETER GUTTER,**

32

**OKENIO EVERTON JULIUS,**
a/k/a "Keno,"
**CEDRIC LEVON WILLIAMS,**
a/k/a "Ced,"
**VARDON ALONZO HADLEY,**
a/k/a "Gummy,"
**REGINALD JACKSON,**
a/k/a "Reggie,"
a/k/a "Reg,"
**SOLOMON DAVIS, II,**
a/k/a "David Solomon,"
a/k/a "Los,"
**THERESA LASHANDE MCCLOVER,**
**RODNEY EVEGIN JONES,**
a/k/a "Rod,"
**and**
**VINCENT SHAWANE EVANS,**
a/k/a "V,"

may have an interest.

2.    Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1) or 846, as alleged in Counts 1 and 3 through 46 of this Indictment, the defendants shall forfeit to the United States, any property constituting, or derived from, any proceeds which the defendants obtained, directly or indirectly, as the result of such violation, and any property which the defendants used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

3.    Upon conviction of any violation of Title 18, United States Code, Section 922(g)(1) or 924(c), as alleged in Counts 2 and 47 through 50 of this Indictment, or a violation of any other federal criminal law, the defendants shall forfeit to the United States, any firearm or ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

33

4.      The property subject to forfeiture includes, but is not limited to:

(a) one (1) Keltec .380 caliber firearm (serial # JDK55);

(b) one (1) Taurus PT 140 Pro, .40 caliber firearm (serial # SAT64570);

(c) three (3)  Fiocchi USA  .380 cal rounds;

(d) two (2) WIN .380 cal Winchester rounds;

(e) six (6) NCCIR .380 cal rounds;

(f) one (1) .40 cal SPEER 40 S&W round;

(g) fifty (50) .40 cal S&W WOLF rounds;

(h) thirty-four (34) .357 Magnum Mac Tech rounds;

(I) thirty (30) .380 cal Fiocchi USA rounds;

(j) twenty (20) NCCIR .380 cal rounds;

(k) twenty-seven (27) PMC .9 mm Luger rounds;

(l) forty (40)  - .380 caliber Armscor precision automatic cartridges;

(m) twelve (12) - 9mm R-P Luger cartridges; and

(n) four (4) - 9mm R-P Luger +P cartridges.

5.      If any of the property subject to forfeiture, as a result of any act or omission of the

defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred, or sold to, or deposited with a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be subdivided

34

without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendants up to the

value of the property subject to forfeiture, pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code,

Section 924(d)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

_____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

CRISTINA V. MAXWELL
ASSISTANT UNITED STATES ATTORNEY

35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

TONIA ELISA NELSON, et al.,

                        Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

|   |   |   |
|---|---|---|
| X | Miami | ___ Key West |
| ___ | FTL | ___ WPB     ___ FTP |

New Defendant(s)                Yes _____   No _____
Number of New Defendants
Total number of counts           _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      No
    List language and/or dialect      English

4.  This case will take     30     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)

| I   | 0 to 5 days     | _____ | Petty    | _____ |
| II  | 6 to 10 days    | _____ | Minor    | _____ |
| III | 11 to 20 days   | _____ | Misdem.  | _____ |
| IV  | 21 to 60 days   | X      | Felony   | X      |
| V   | 61 days and over| _____ |          |        |

6.  Has this case been previously filed in this District Court? (Yes or No)      No
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____      District of _____

Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes      X      No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes      X      No

_____
CRISTINA V. MAXWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 029361

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: <u>TONIA ELISA NELSON, a/k/a "T Hound,""T,"and "Donna's Girl"</u>

**Case No:**_____

Count  #:  1

Conspiracy to possess with the intent to distribute cocaine and crack

Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count  #:  2

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\* Max.Penalty**:     Five Years Imprisonment

Counts  #:  3 & 4

Possession with the intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years Imprisonment

Counts  #:  5, 6, 7, 8, 11, 12 & 14

Possession with the intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years Imprisonment

**Defendant's Name**:  **TONIA ELISA NELSON, a/k/a "T Hound,""T,"and "Donna's Girl"**

**Case No:**_____

Counts #: 9 & 43

    Attempted possession with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty**:    Twenty Years Imprisonment

Count #: 15

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

Count #: 16

    Possession with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years Imprisonment

Counts #: 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42 & 44

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

Count #: 45

    Possession with the intent to distribute cocaine

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

2

**Defendant's Name**: <u>**TONIA ELISA NELSON, a/k/a "T Hound,""T,"and "Donna's Girl"**</u>

**Case No:**_____

Count #: 46

    <u>Possession with the intent to distribute cocaine and crack</u>

    <u>Title 21, United States Code, Section 841(a)(1)</u>

**\* Max.Penalty**:    Forty Years Imprisonment

Count #: 47

    <u>Possession of a firearm in furtherance of a drug trafficking crime</u>

    <u>Title 18, United States Code, Section 924(c)(1)(A)</u>

**\* Max.Penalty**:    Five Years Imprisonment

Count #: 48

    <u>Felon in possession of a firearm and ammunition</u>

    <u>Title 18, United States Code, Section 922(g)(1)</u>

**\* Max.Penalty**:    Ten Years Imprisonment

Count #: 49

    <u>Felon in possession of a firearm and ammunition</u>

    <u>Title 18, United States Code, Section 922(g)(1)</u>

**\* Max.Penalty**:    Ten Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** **JACOB NELSON, a/k/a "Zo"**

**Case No:**_____

Count #:  1

    Conspiracy to possess with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Counts #:  3 & 4

    Possession with the intent to distribute cocaine

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years Imprisonment

Counts #:  5, 6 & 7

    Possession with the intent to distribute cocaine

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **GUY D. BAILEY**

**Case No:**_____

Count  #: 1

_____ Conspiracy to possess with the intent to distribute cocaine and crack_____

_____ Title 21, United States Code, Section 846_____

* **Max.Penalty**:     Life Imprisonment_____

Counts  #: 8 & 10

_____ Possession with the intent to distribute cocaine_____

_____ Title 21, United States Code, Section 841(a)(1)_____

* **Max.Penalty**:     Twenty Years Imprisonment_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: <u>DONNA SHUNGIE CURINGTON, a/k/a "Donna Nelson"</u>**

**Case No:**_____

Count #: 1

Conspiracy to possess with the intent to distribute cocaine and crack

Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count #: 2

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\* Max.Penalty**:     Five Years Imprisonment

Count #: 9

Attempted possession with the intent to distribute cocaine

Title 21, United States Code, Section 846

**\* Max.Penalty**:     Twenty Years Imprisonment

Count #: 11

Possession with the intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years Imprisonment

**Defendant's Name:** <u>**DONNA SHUNGIE CURINGTON, a/k/a "Donna Nelson"**</u>

**Case No:**_____

Count #: 46

   <u>Possession with the intent to distribute cocaine and crack</u>

   <u>Title 21, United States Code, Section 841(a)(1)</u>

**\* Max.Penalty**:     Forty Years Imprisonment

Count #: 47

   <u>Possession of a firearm in furtherance of a drug trafficking crime</u>

   <u>Title 18, United States Code, Section 924(c)(1)(A)</u>

**\* Max.Penalty**:     Five Years Imprisonment

Count #: 49

   <u>Felon in possession of a firearm and ammunition</u>

   <u>Title 18, United States Code, Section 922(g)(1)</u>

**\* Max.Penalty**:     Ten Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>ANTHONY RAENARD MARTIN, a/k/a "Ant"</u>

**Case No:** _____

Count #: 1

    <u>Conspiracy to possess with the intent to distribute cocaine and crack</u>

    <u>Title 21, United States Code, Section 846</u>

**\* Max.Penalty:**   <u>Life Imprisonment</u>

Counts #: 12, 13 & 14

    <u>Possession with the intent to distribute cocaine</u>

    <u>Title 21, United States Code, Section 841(a)(1)</u>

**\* Max.Penalty:**   <u>Twenty Years Imprisonment</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: FRANK CARTER**

**Case No:**_____

Count #: 1

    Conspiracy to possess with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count #: 15

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

Count #: 16

    Possession with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years Imprisonment

Count #: 17

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: <u>KEDRICK PETER GUTTER</u>**

**Case No:**_____

Count #: 1

    <u>Conspiracy to possess with the intent to distribute cocaine and crack</u>

    <u>Title 21, United States Code, Section 846</u>

**\* Max.Penalty**:    Life Imprisonment

Count #: 15

    <u>Possession with the intent to distribute crack</u>

    <u>Title 21, United States Code, Section 841(a)(1)</u>

**\* Max.Penalty**:    Twenty Years Imprisonment

Counts #: 18, 19 & 20

    <u>Possession with the intent to distribute crack</u>

    <u>Title 21, United States Code, Section 841(a)(1)</u>

**\* Max.Penalty**:    Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **OKENIO EVERTON JULIUS, a/k/a "Keno"**

**Case No**:_____

Count  #:  1

    Conspiracy to possess with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count  #:  2

    Conspiracy to possess a firearm in furtherance of a drug trafficking crime

    Title 18, United States Code, Section 924(o)

**\* Max.Penalty**:    Five Years Imprisonment

Counts  #:  21, 22, 23, 24, 36 & 37

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

Count  #: 47

    Possession of a firearm in furtherance of a drug trafficking crime

    Title 18, United States Code, Section 924(c)(1)(A)

**\* Max.Penalty**:    Five Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>CEDRIC LEVON WILLIAMS, a/k/a "Ced"</u>

**Case No:**_____

Count #: 1

    Conspiracy to possess with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty:** Life Imprisonment

Count #: 2

    Conspiracy to possess a firearm in furtherance of a drug trafficking crime

    Title 18, United States Code, Section 924(o)

**\* Max.Penalty:** Five Years Imprisonment

Counts #: 25, 26, 27 & 28

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:** Twenty Years Imprisonment

Count #: 47

    Possession of a firearm in furtherance of a drug trafficking crime

    Title 18, United States Code, Section 924(c)(1)(A)

**\* Max.Penalty:** Five Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **VARDON ALONZO HADLEY, a/k/a "Gummy"**

**Case No:**_____

Count #: 1

    Conspiracy to possess with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Counts #: 29, 30 & 31

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name: <u>REGINALD JACKSON, a/k/a "Reggie" and "Reg"</u>**

**Case No:**_____

Count #: 1

    Conspiracy to possess with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Counts #: 32 & 33

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: <u>SOLOMON DAVIS, II, a/k/a "David Solomon" and "Los"</u>**

**Case No:** _____

Count #: 1

    <u>Conspiracy to possess with the intent to distribute cocaine and crack</u>

    <u>Title 21, United States Code, Section 846</u>

**\* Max.Penalty**:    Life Imprisonment

Counts #: 34 & 35

    <u>Possession with the intent to distribute crack</u>

    <u>Title 21, United States Code, Section 841(a)(1)</u>

**\* Max.Penalty**:    Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: <u>THERESA LASHANDE MCCLOVER</u>**

**Case No:**_____

Count  #:  1

    Conspiracy to possess with the intent to distribute cocaine and crack

    Title 21, United States Code, Section 846

**\* Max.Penalty:**    Life Imprisonment

Count  #:  2

    Conspiracy to possess a firearm in furtherance of a drug trafficking crime

    Title 18, United States Code, Section 924(o)

**\* Max.Penalty:**    Five Years Imprisonment

Counts  #:  36, 37 & 38

    Possession with the intent to distribute crack

    Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**    Twenty Years Imprisonment

Count  #: 47

    Possession of a firearm in furtherance of a drug trafficking crime

    Title 18, United States Code, Section 924(c)(1)(A)

**\* Max.Penalty:**    Five Years Imprisonment

**Defendant's Name**:  <u>**THERESA LASHANDE MCCLOVER**</u>

**Case No:**_____

Count  #: 50

    <u>Felon in possession of a firearm and ammunition                       </u>

    <u>Title 18, United States Code, Section 922(g)(1)                 </u>

**\* Max.Penalty**:     Ten Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **RODNEY EVEGIN JONES, a/k/a "Rod"**

**Case No:**_____

Count #: 1

Conspiracy to possess with the intent to distribute cocaine and crack

Title 21, United States Code, Section 846

**\* Max.Penalty**:   Life Imprisonment

Counts #: 39, 40, 41 & 42

Possession with the intent to distribute crack

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:   Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: VINCENT SHAWANE EVANS, a/k/a "V"**

**Case No:**_____

Count #: 1

Conspiracy to possess with the intent to distribute cocaine and crack

Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count #: 43

Attempted possession with the intent to distribute crack

Title 21, United States Code, Section 846

**\* Max.Penalty**:     Twenty Years Imprisonment

Count #: 44

Possession with the intent to distribute crack

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years Imprisonment

Count #: 45

Possession with the intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**